In the Matter of the Claim of Enrico Verdino, Respondent, against Louis Moneta and Others, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Charles Elderkin, Respondent, against Yates Lumber Company of Penn Yan and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

Mary Webster Huestis Reed, Respondent, v. William Edcil Reed, Appellant.— Motion to dismiss appeal granted by default. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

C. E. Dunkle, Respondent, v. Lloyd Hanmer, Appellant.— Motion to dismiss appeal granted by default. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

Pasquale Limoncelli, Appellant, v. Martin O'Donnell, Respondent.— Motion granted, with ten dollars costs, unless the appellant perfects appeal by April twenty-fifth, and is ready to argue case at the May order and general calendar term, and pay said costs, in which event motion is denied. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Estate of Isaac L. Talbot, Deceased.— Motion granted, with ten dollars costs, unless the appellant files undertaking pursuant to section 298 of the Surrogate's Court Act and perfects appeal by filing printed papers and briefs by April twenty-fifth, and pays said costs, and is ready for argument at the May order and general calendar term; in which event motion is denied. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

Doris K. Bond, as Administratrix, etc., of Harry Austin Bond, Deceased, Respondent, v. Schenectady Railway Company, Appellant.— Motion granted, with ten dollars costs, unless the appellant perfects appeal within twenty days and is prepared to argue the case at the May general calendar term, and pays said costs, in which event motion is denied. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.